# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JIE HUANG, | ) CASE NO. CV08-00542-HG/BMK |
| | ) (FAIR CREDIT REPORTING ACT) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER OF DISMISSAL WITH** |
| TRANS UNION, LLC; | ) **PREJUDICE BETWEEN PLAINTIFF** |
| CITIBANK (SOUTH DAKOTA) N.A.; | ) **AND TRANS UNION, LLC ONLY** |
| and RAYMOND BALDERAMA; | ) Judge: Honorable Helen Gillmor |
| Defendants. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

Plaintiff Jie Huang, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Jie Huang against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Jie Huang and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. This dismissal does not affect Plaintiff's claims against Citibank.

Date: May 6, 2009, Honolulu, Hawaii.



/S/ Helen Gillmor

Helen Gillmor
Chief United States District Judge

DISTRIBUTION TO:

John Harris Paer, Esq.
41 B Kepola Place
Honolulu, HI 96817

Marvin S.C. Dang, Esq.
Jason M. Oliver, Esq.
Marcus J. Florez, Esq.
Law Office of Marvin S.C. Dang, LLLC
P.O. Box 4109
Honolulu, HI 96812-4109

Laura K. Rang, Esq.
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204

Jess H. Griffiths, Esq.
Bryan M. Harada, Esq.
Pauahi Tower
1003 Bishop Street, Suite 2300
Honolulu, HI 96813