

MARVIN S.C. DANG    #2221
JASON M. OLIVER    #7621
MARCUS J. FLOREZ #8692
Law Offices of Marvin S.C. Dang, LLLC
P.O. Box 4109
Honolulu, Hawaii   96812-4109
Telephone No.:  (808) 521-8521
Facsimile No.: (808) 521-8522
dangm@aloha.net

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

**LODGED**
AUG 10 2009
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JIE HUANG,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC; CITIBANK (SOUTH DAKOTA), N.A.; and RAYMOND BALDERAMA,<br><br>    Defendants. | CIVIL NO. CV08-00542-HG/BMK<br><br>STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE<br><br>NO TRIAL DATE HAS BEEN SET |

### STIPULATION TO DISMISS
### PLAINTIFF'S COMPLAINT WITH PREJUDICE

IT IS STIPULATED by and between the Plaintiff JIE HUANG and Defendant CITIBANK (SOUTH DAKOTA), N.A. ("Citibank"), through their respective counsel of record, that Plaintiff's Complaint as to Citibank is dismissed with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

(011909/jmo)

All appearing parties that are still parties to this action have signed this Stipulation.

No trial date has been set.

DATED: 7/11/____, 2009

Honolulu, Hawaii

_____
MARVIN S.C. DANG
JASON M. OLIVER
Attorneys for Defendant Citibank (South Dakota), N.A.

_____
JOHN HARRIS PAER
Attorney for Plaintiff

APPROVED AND SO ORDERED:

Honolulu, Hawaii, August 12, 2009
_____
UNITED STATES DISTRICT JUDGE

JIE HUANG vs. TRANSUNION, LLC et al.,
United States District Court for the District of Hawaii
Civil No. CV08-00542-HG/BMK
"Stipulation To Dismiss Plaintiff's Complaint With Prejudice"

-2-