ORIGINAL

JOHN HARRIS PAER   1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone No.: (808) 595-7179
Facsimile No.: (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 24 2009

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| JIE HUANG,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRANS UNION, LLC., CITIBANK (SOUTH DAKOTA) N.A., and RAYMOND BALDERAMA,<br><br>    Defendants. | CIVIL NO. 08-00542 HG-BMK<br><br>DISMISSAL WITHOUT PREJUDICE AS TO RAYMOND BALDERAMA |

DISMISSAL WITHOUT PREJUDICE AS TO RAYMOND BALDERAMA

COMES NOW Plaintiff, by and through his undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action against Raymond Balderama without prejudice. Defendant Balderama has not responded. Dismissals with prejudice have already been filed with respect to the other defendants. There are no remaining issues and parties.

DATED:  Honolulu, Hawaii, August 20, 2009

_____
JOHN HARRIS PAER
Attorney for Plaintiff